**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALL AMERICAN SECURITY CORP., a Utah corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BOREALIS MINING COMPANY, LLC, a Nevada limited liability company, fka BOREALIS MINING COMPANY, INC., a Nevada corporation,<br><br>　　　　　　Defendant. | 3:16-CV-00088-HDM-WGC<br>　ORDER GRANTING<br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant Borealis Mining Company, LLC ("Defendant"), by and through its legal counsel, Davis Graham & Stubbs LLP, Laura K. Granier, Esq. and Jennifer A. Mayhew, Esq. and Plaintiff All American Security Corp. ("Plaintiff"), by and through its legal counsel, F. Christopher Austin, Esq. at Weide & Miller, Ltd. and Jeffrey R. Price, Esq. at Moulton & Price, P.C., hereby submit this stipulation and proposed order.

Plaintiff hereby stipulates to dismiss this case with prejudice. Each party shall bear its own attorneys' fees and costs. The Plaintiff and Defendant stipulate that all proceedings in the above-captioned matter shall be dismissed with prejudice. The Plaintiff and Defendant further stipulate that Plaintiff is precluded from asserting any future claim(s) against Defendant related to or in connection with the underlying matter or arising out of the same facts alleged in Plaintiff's claims in this proceeding.

/ / /

/ / /

/ / /

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

4145160.2

IT IS HEREBY STIPULATED AND AGREED TO, this case and all proceedings in the above captioned matter shall be dismissed with prejudice, and all proceedings in the above-captioned matter relative to Defendant be dismissed with prejudice. Plaintiff is prohibited from asserting any future claim(s) against Defendant related to or in connection with the underlying matter.

Respectfully submitted this 9th day of June, 2016.

DATED: June 8, 2016

**DAVIS GRAHAM & STUBBS LLP**

By: /s/ Laura K. Granier
Laura K. Granier, Esq. (SBN 7357)
Jennifer A. Mayhew, Esq. (SBN 11349)
50 W. Liberty Street, Suite 950
Reno, NV 89501
(Tel) 775-229-4219
(Fax) 775-403-2187
*Attorneys for Defendants*

DATED: June 10, 2016

DATED: June 8, 2016

**WEIDE & MILLER, LTD.**

By: /s/ Jeffery R. Price
F. Christopher Austin, Esq. (SBN 6559)
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

Jeffery R. Price, Esq. (Utah Bar No. 06315)
Steven D. Crawley, Esq. (Utah Bar No. 0750)
MOULTON & PRICE, P.C.
74 East 500 South, Suite 245
Bountiful, UT 84010
Telephone: (801) 683-8337
Facsimile: (903) 705-6860
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

2

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Davis Graham & Stubbs LLP and not a party to, nor interested in, the within action; that on the 9th day of June, 2016, a true and correct copy of the foregoing document was transmitted electronically to the following via the Court's e-filing electronic notice system:

    F. Christopher Austin, Esq.
    Weide & Miller, Ltd.
    7251 W. Lake Mead Blvd., Ste. 350
    Las Vegas, Nevada 89128

    Jeffery R. Price, Esq.
    Steven D. Crawley, Esq.
    Moulton & Price, P.C.
    74 East 500 South, Ste. 245
    Bountiful, UT 84010

    *Attorneys for Plaintiff*

                                              /s/ Jeanette Sparks
                                              Jeanette Sparks

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219